# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-21963-BLOOM/Reid

RANDY AMADOR,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, by Craig Manahan on behalf of Petitioner Randy Amador (the "Petitioner"), ECF No. [1] (the "Petition"). This case was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on all dispositive matters. *See* ECF No. [2]. On May 28, 2019, Judge Reid issued a Report and Recommendation recommending that the Petition be dismissed without prejudice because Craig Manahan is not an attorney and cannot proceed as the attorney for the Petitioner. ECF No. [5]. On June 13, 2019, the Court Ordered the Clerk to serve the Report and Recommendation on Craig Manahan and permitted Craig Manahan to file objections to the Report and Recommendation by June 27, 2019. ECF No. [7]. To date, no objections have been filed to the Report and Recommendation.

The Court has conducted a *de novo* review of Judge Reid's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report and Recommendation to be well reasoned and correct. The Court agrees with the

analysis in Judge Reid's Report and Recommendation and concludes that the Petitioner must be **DISMISSED** for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation, **ECF No. [5]**, is **ADOPTED**;

2. Petitioner's Petition, **ECF No. [1]**, is **DISMISSED without prejudice;**

3. No Certificate of Appealability shall issue;

4. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, on June 28, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette M. Reid

Craig Manahan
4800 SW 195th Terrace
SW Ranches, FL 33332

Randy Amador
Highlands County Jail
338 S. Orange Street
Sebring, FL 33870